No. 95–7122. ANDERSON v. LEWIS, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. Sup. Ct. Ariz. Certiorari denied.

No. 95–7124. CANTRELL v. NORCAL/SAN BERNARDINO, INC. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 95–7125. ARNDT v. PENNSYLVANIA STATE POLICE. C. A. 3d Cir. Certiorari denied.

No. 95–7128. TOBIN v. CASCO NORTHERN BANK, N. A. Sup. Jud. Ct. Me. Certiorari denied.

No. 95–7132. STEEL v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 95–7136. EVANS v. BEASON, JUDGE. C. A. 9th Cir. Certiorari denied.

No. 95–7139. WARREN v. ALEXANDER, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–7142. PUDDER v. IRWIN. C. A. 11th Cir. Certiorari denied.

No. 95–7143. MALLETT v. LeBLANC, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 95–7144. MELKONIAN ET AL. v. TRUCK INSURANCE EXCHANGE ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–7146. MERHI v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95–7148. NWADIEI v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 95–7149. VOM BAUR v. OHIO ET AL. C. A. 6th Cir. Certiorari denied.

No. 95–7151. SWINT v. RENO, ATTORNEY GENERAL OF THE UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 95–7156. SOLEY v. SOLEY. Ct. App. Ohio, Lucas County. Certiorari denied.